UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**CHIFFONE SUTHERLAND,**

        Case No.: 6:17-cv-00168-RBD-DCI

    **Plaintiff,**

v.

**SYNCHRONY BANK,**
a federal savings bank,

    **Defendant.**
_____/

## NOTICE OF SETTLEMENT

Plaintiff, Chiffone Sutherland, by and through undersigned counsel, hereby files this Notice of Settlement. By submission of this Notice, submitting counsel represents that this matter has settled in principal subject to final documentation and respectfully requests that any scheduled hearings be removed from the Court's calendar.

Dated: November 16, 2017

Respectfully Submitted,

**CENTRONE & SHRADER, PLLC**
612 W. Bay Street
Tampa, FL 33606
Phone: (813) 360-1529
Fax:    (813) 336-0832

/s/ Brian L. Shrader_____
**BRIAN L. SHRADER, ESQ.**
Florida Bar No.: 57251
e-mail: bshrader@centroneshrader.com
**GUS M. CENTRONE, ESQ.**
Florida Bar No.: 30151
e-mail: gcentrone@centroneshrader.com
Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on November 16, 2017, I presented a true and correct copy of the foregoing to the Clerk of the United States District Court for the Middle District of Florida Orlando Division, for filing and uploading to the CM/ECF system.

/s/ Brian L. Shrader
**Attorney**