UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CHIFFONE SUTHERLAND,

    Plaintiff,

v.                                             Case No:  6:17-cv-168-Orl-37DCI

SYNCHRONY BANK,

    Defendant,
_____

## ORDER OF DISMISSAL

This cause is before the Court upon the Notice of Settlement filed November 16, 2017 (Doc. 38) indicating that this case has settled.  Accordingly, it is **ORDERED AND ADJUDGED**:

1. That the above-styled cause is hereby **DISMISSED WITH PREJUDICE,** subject to the right of any party to move the Court within sixty (60) days thereafter for the purpose of entering a stipulated form of final order or judgment; or, on good cause shown, to reopen the case for further proceedings.

2. All pending motions are denied as moot and all deadlines and hearings are terminated.

3. The Clerk is **DIRECTED** to close this file.

**DONE AND ORDERED** in Chambers in Orlando, Florida, on February 9, 2018.



ROY B. DALTON JR.
United States District Judge

Copies: Counsel of Record